

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: JACKSON

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 1:11CR103HSO-JMR
SAME DEFENDANT __X__ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER __1:11MJ547__
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO

MATTER TO BE SEALED: ____ YES __X__ NO

NAME/ALIAS: __JAVIER MOLINA__

**U.S. ATTORNEY INFORMATION:**

AUSA __ANNETTE WILLIAMS__ BAR # __9641__

INTERPRETER: ____ NO __X__ YES LIST LANGUAGE AND/OR DIALECT: __SPANISH__

**LOCATION STATUS:** ARREST DATE _____

__X__ ALREADY IN FEDERAL CUSTODY AS OF __11/2/11__
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__ ____ PETTY ____ MISDEMEANOR __X__ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:371.F__ | 18 USC 371 | CONSPIRACY TO SMUGGLE GOODS FROM THE UNITED STATES | 1 |

Date: 10 Nov 2011      SIGNATURE OF AUSA: _Annette Williams_