CRIMINAL CASE COVER SHEET

U.S. District Court

PLACE OF OFFENSE:



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 1 5 2011
J. T. NOBLIN CLERK
BY_____DEPUTY

CITY: _____

COUNTY: JACKSON____

**RELATED CASE INFORMATION:**

SUPERSEDING INDICTMENT _____ DOCKET # *1:11Cr103HSO-JMR*

SAME DEFENDANT ____X_____ NEW DEFENDANT _____

MAGISTRATE JUDGE CASE NUMBER ___1:11MJ548_____

R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES ___X___ NO

MATTER TO BE SEALED: _____ YES __X____ NO

NAME/ALIAS: ___JOSE LUIS SANTOS-GARCIA_____

**U.S. ATTORNEY INFORMATION:**

AUSA ___ANNETTE WILLIAMS___ BAR #__9641____

INTERPRETER: _____ NO __X___ YES LIST LANGUAGE AND/OR DIALECT:___SPANISH_____

**LOCATION STATUS:** ARREST DATE __11/1/11_____

_X__ ALREADY IN FEDERAL CUSTODY AS OF __11/2/11_____
____ALREADY IN STATE CUSTODY
____ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: ____1____ _____ PETTY _____MISDEMEANOR ____X___ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1 __18:371.F_____ | __18 USC 371____ | CONSPIRACY TO SMUGGLE GOODS FROM THE UNITED STATES | ___1___ |

Date: *10 Nov 2011*     **SIGNATURE OF AUSA:** *Annette Williams*